IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

      Plaintiff,

    v.                                   Criminal Action No. 05-95

MACDONALD P. TAYLOR, aka
MACDONALD P. TAYLOR, JR.

      Defendant.

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Macdonald P. Taylor, aka Macdonald P. Taylor, Jr. pursuant to an Indictment returned against him by the Federal Grand Jury on October 25, 2005.

                                          COLM F. CONNOLLY
                                          United States Attorney

                               BY: _____
                                    Shannon T. Hanson
                                    Assistant United States Attorney

Dated: October 25, 2005

AND NOW, this 25 day of October, 2005, based upon the foregoing Motion,

IT IS ORDERED that an arrest warrant be issued for the arrest and apprehension of Macdonald P. Taylor, aka Macdonald P. Taylor, Jr.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge