FILED IN OPEN COURT
11/29/05 KJK

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
                                     )   CASE NO. CR05-95-JJF
      vs.                            )
                                     )
   MACDONALD P. TAYLOR               )
                                     )
            Defendant.               )

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on NOVEMBER 29, 2005 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until January 12, 2006. The time between the date of this order and January 12, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

FILED
NOV 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE