AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

MACDONALD P. TAYLOR
a/k/a MACDONALD P. TAYLOR, JR.

**WARRANT FOR ARREST**

Case Number: CR 05-95-~~UNA~~ JJF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MACDONALD P. TAYLOR _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court   Violation   Probation Violation Petition

charging him or her   (brief description of offense)

FRAUD;
FALSE USE OF A SOCIAL SECURITY NUMBER;
WIRE FRAUD;
BANKRUPTCY FRAUD

in violation of _____ 18 _____ United States Code, Section(s) _____ 1344(1) AND 2 _____

Peter T. Dalleo                                     Clerk, United States District Court
Name of Issuing Officer                             Title of Issuing Officer

By: [signature] ; Deputy Clerk          October 26, 2005 in Wilmington, DE
Signature of Issuing Officer                        Date and Location

Bail fixed at $ _____ by _____
                                                            Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED 11/29/05 | NAME AND TITLE OF ARRESTING OFFICER SA DARLENE M. SOKOLA FBI | SIGNATURE OF ARRESTING OFFICER Darlene M. Sokola |
|---|---|---|
| DATE OF ARREST 11/29/05 | | |

AO 442    (Rev. 12/85) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN            _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____