UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-095-JJF |
| | ) | |
| MACDONALD P. TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Having considered Defendant's Motion to Enlarge the Time for the Filing of Pre-Trial Motions and Waive the Application of the Speedy Trial Act,

**IT IS HEREBY ORDERED** this ____ day of January, 2006, that Defendant's Motion is **GRANTED** and that Pre-trial motions are to be filed on or before March 19, 2006. This additional time period is hereby excluded from the Speedy Trial Act calculations.

_____

Judge Joseph J. Farnan

cc:   AUSA Shannon Hanson
      AFPD Christopher Koyste