UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-095-JJF |
| ) | |
| MACDONALD P. TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having considered Defendant's Motion to Enlarge the Time for the Filing of Pre-Trial Motions and Waive the Application of the Speedy Trial Act,

**IT IS HEREBY ORDERED** this _20_ day of January, 2006, that Defendant's Motion is **GRANTED** and that Pre-trial motions are to be filed on or before March 19, 2006. This additional time period is hereby excluded from the Speedy Trial Act calculations.

_____
Judge Joseph J. Farnan Jr.

cc:   AUSA Shannon Hanson
      AFPD Christopher Koyste