IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case No. 05-95-JJF |
| MACDONALD P. TAYLOR | : |
| Defendant. | : |

**JOINT MOTION TO ENLARGE THE TIME FOR FILING PRE-TRIAL MOTIONS AND TO WAIVE APPLICATION OF THE SPEEDY TRIAL ACT AND REQUEST FOR STATUS CONFERENCE**

**NOW COMES** the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney, together with Christopher Koyste, Esq., counsel for defendant MacDonald P. Taylor, and respectfully moves the Court to issue an order that enlarges the time period for the filing of pretrial motions to May 19, 2006, and excludes this time period from the Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(8)(A). The parties further request a status conference in this matter no earlier than April 11, 2006. In support of this motion, the parties aver as follows:

1. On October 25, 2005, defendant MacDonald Taylor was indicted on various fraud charges. On November 29, 2005, Mr. Taylor had his initial appearance and arraignment and was released on conditions pending trial.

2. On January 19, 2006, the defendant filed a motion to enlarge the time for filing pretrial motions, which was granted by the Court on January 20, 2006. Accordingly, pretrial motions are due in this case on or before March 19, 2006.

3. The government is contemplating bringing a superseding indictment against the defendant on March 28, 2006, but is awaiting the final results of the FBI's investigation.

4. Accordingly, the parties request that the Court schedule a status conference in this matter no earlier than April 11, 2006, two weeks after the proposed superseding indictment. The parties further request that the motions deadline be extended an additional sixty (60) days, until May 19, 2006. Finally, the parties move for the exclusion of this sixty (60) day time period from the calculations of the Speedy Trial Act, 18 U.S.C. Section 3161(c)(1), and assert that such a time exclusion is in the interests of justice. Because Mr. Taylor is not in custody, the parties contemplate no prejudice to him as a result of this request, and further contemplate, in light of the proposed additional charges, that the needs of justice will best be served by an extension of the motions deadline.

5. WHEREFORE, the parties respectfully request the Court to issue an order scheduling a status conference no earlier April 11, 2006, enlarging the time period for the filing of pre-trial motions to May 19, 2006, and excluding this additional sixty (60) days from the Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(8)(A). A proposed Order is attached.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon Thee Hanson
Assistant United States Attorney

_____
Christopher S. Koyste, Esq.
Counsel for MacDonald Taylor

Dated: March 17, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case No. 05-95-JJF |
| MACDONALD P. TAYLOR | : |
| Defendant. | : |

## ORDER

Having considered the parties' Joint Motion to Enlarge the Time for Filing Pre-trial Motions and to Waive Application of the Speedy Trial Act and Request for Status Conference,

**IT IS HEREBY ORDERED** this ___ day of March, 2006, that the foregoing Motion is **GRANTED**.

(1) Pre-trial motions are to be filed on or before May 19, 2006. This additional time period is hereby excluded from the Speedy Trial Act calculations in the interests of justice for the reasons set forth in the parties' Motion.

(2) A status conference in this matter is set for April ___, 2006 at _____.

The Honorable Joseph J. Farnan<br>
United States District Judge