IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-95 JJF |
| MACDONALD P. TAYLOR, | : |
| Defendant. | : |

### O R D E R

Having considered the parties' Joint Motion To Enlarge The Time For Filing Pre-trial Motions And To Waive Application Of The Speedy Trial Act and Request For Status Conference,

IT IS HEREBY ORDERED that:

1. The Joint Motion To Enlarge The Time For Filing Pre-trial Motions And To Waive Application Of The Speedy Trial Act and Request For Status Conference (D.I. 12) is **GRANTED**.

2. A Status Conference, if necessary, will be scheduled at a later date.

3. Pre-trial motions shall be filed before May 19, 2006.

4. The time between March 19, 2006 and May 19, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

March 30, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE