AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA
V.
MacDONALD P. TAYLOR,
a/k/a MacDonald p. Taylor, Jr.

Middletown, DE 19709-2412
(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:   CR 05-95-JJF


REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | Magistrate Ctrm # 6C, 6th Floor |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | Date and Time<br>4/6/06 at 1:00 PM |

To answer a(n)
x Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition
( SUPERSEDING )

\*\* Please Report to the U.S. Marshal's Office in Room# 100 by 12:30 pm.

Charging you with a violation of Title __18__ United States Code, Section(s) __1344__

Brief description of offense:

BANK FRAUD - ( COUNT I );
WIRE/MAIL FRAUD - ( COUNTS III THRU IX );
SOCIAL SECURITY FRAUD - ( COUNTS II, VIII & X );
BANKRUPTCY FRAUD - ( COUNTS IV, V, VI & VII )

BY: _[signature]_ ; Deputy Clerk
Signature of Issuing Officer

MARCH 31, 2006 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|

| | Date |
|---|---|
| Service was made by me | |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: *as def appeared in court*

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   4-10-06
Date

DW Thomas
Name of United States Marshal

BT Fahey
(by) Deputy United States Marshal

Remarks:

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website
OFFICIAL
Postage $
Certified Fee
Return Reciept (Endorsement Required)
Restricted (Endorsement Required)

7004 1160 0006 7939 8234

MacDonald P. Taylor
Middletown, DE 19709-2412
3/3/

PS Form 3800, June 2002    See Reverse for Instructions

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.