UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-095-JJF |
| | ) | |
| MCDONALD P. TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Having considered Defendant's Motion to Waive the Application of the Speedy Trial Act,

**IT IS HEREBY ORDERED** this ____ day of May, 2006, that Defendant's Motion is **GRANTED** and the time period for the filing of pre-trial motions is enlarged from May 19, 2006 by 60 days and excluded from the Speedy Trial Act calculations. Pre-trial motions are to be filed on or before July 18, 2006.

                                                                               _____
                                                                               Judge Joseph J. Farnan Jr.


cc:   AUSA Shannon Hanson
       AFPD Christopher Koyste