UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-095-JJF |
| ) | |
| MCDONALD P. TAYLOR, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Having considered Defendant's Motion to Waive the Application of the Speedy Trial Act,

**IT IS HEREBY ORDERED** this 30 day of May, 2006, that Defendant's Motion is **GRANTED** and the time period for the filing of pre-trial motions is enlarged from May 19, 2006 by 60 days and excluded from the Speedy Trial Act calculations. Pre-trial motions are to be filed on or before July 18, 2006.

Judge Joseph J. Farnan Jr.

cc:   AUSA Shannon Hanson
      AFPD Christopher Koyste