IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case No. 05-95-JJF |
| MACDONALD P. TAYLOR, | : |
| Defendant. | : |

**JOINT MOTION TO ENLARGE THE TIME FOR FILING PRE-TRIAL MOTIONS AND TO WAIVE APPLICATION OF THE SPEEDY TRIAL ACT**

**COMES NOW** the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney, together with Christopher Koyste, Esq., counsel for defendant MacDonald P. Taylor, and respectfully moves the Court to issue an order that enlarges the time period for the filing of pretrial motions to September 1, 2006, and excludes the time period from July 18, 2006 to that date from the Speedy Trial Act calculations, pursuant to 18 U.S.C. §3161(h)(8)(A). This additional time will allow the parties to continue pending plea negotiations, in light of forthcoming information quantifying the losses in this case. In support of this motion, the parties aver as follows:

1. On October 25, 2005, defendant MacDonald Taylor was indicted on various fraud charges. D.I. 1. On November 29, 2005, Mr. Taylor had his initial appearance and arraignment and was released on conditions pending trial. D.I. 5. On March 28, 2006, the government filed a Superseding Indictment against defendant MacDonald Taylor, which included additional fraud charges. D.I. 13.

2. By Order dated May 30, 2006, the Court granted the defendant's motion to enlarge the time for filing pre-trial motions until July 18, 2006. D.I. 19. This motion followed two prior motions by the parties to enlarge the time for filing pre-trial motions and for a waiver of the Speedy Trial Act for the additional time extended. See D.I.s 10, 11, 12, and 15.

3. The parties are involved in plea negotiations. In order to reach a decision on the government's plea offer, however, the defendant is seeking a final calculation of the losses involved in Count 9 of the Superseding Indictment, charging wire fraud in connection with a residential mortgage obtained by Mr. Taylor in 2005. That home only recently has been resold after foreclosure on the mortgage. The government's case agent has been informed by the mortgage company victim that the losses involved with that property cannot be determined until, at the earliest, the end of July.

4. Accordingly, the parties request that the Court extend the motions deadline until September 1, 2006 to permit the parties to conclude outstanding plea negotiations. The parties also move for the exclusion of the period from July 18, 2006 to September 1, 2006 from the calculations of the Speedy Trial Act, 18 U.S.C. Section 3161(c)(1), and assert that such a time exclusion is in the interests of justice. Because Mr. Taylor is not in custody, the parties contemplate no prejudice to him as a result of this request, and further contemplate that the needs of justice will best be served by an extension of the motions deadline.

5. WHEREFORE, the parties respectfully request that the Court issue an order enlarging the time period for the filing of pre-trial motions to September 1, 2006, and excluding the period from July 18, 2006 to September 1, 2006 from the Speedy Trial Act calculations,

pursuant to 18 U.S.C. § 3161(h)(8)(A). A proposed Order is attached.

                              Respectfully submitted,

                              COLM F. CONNOLLY
                              United States Attorney

/s/ Christopher S. Koyste /SPA    BY: /s/ Shannon Thee Hanson
Christopher S. Koyste, Esq.              Shannon Thee Hanson
Counsel for MacDonald Taylor      Assistant United States Attorney

Dated: July 18, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  :<br>  :<br>Plaintiff,  :<br>  :<br>v.  :  Criminal Case No. 05-95-JJF<br>  :<br>MACDONALD P. TAYLOR,  :<br>  :<br>Defendant.  :  | |

### ORDER

Having considered the parties' Joint Motion to Enlarge the Time for Filing Pre-Trial Motions and to Waive Application of the Speedy Trial Act,

**IT IS HEREBY ORDERED** this ___ day of July, 2006, that the foregoing Motion is **GRANTED**.

Pre-trial motions are to be filed on or before September 1, 2006. This additional time period is hereby excluded from the Speedy Trial Act calculations in the interests of justice for the reasons set forth in the parties' Motion.

                                                                         _____
                                                                         The Honorable Joseph J. Farnan
                                                                         United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case No. 05-95-JJF |
| MACDONALD P. TAYLOR, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Shannon T. Hanson, an employee with the United States Attorney's Office for the District of Delaware, do hereby certify that on this 18th day of July, 2006, I caused to be electronically filed a Joint Motion to Enlarge the Time for Filing Pre-trial Motions and to Waive Application of the Speedy Trial Act with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was mailed to counsel of record as follows:

Christopher Koyste, Esq.
Assistant Federal Public Defender
Federal Public Defender's Office
First Federal Plaza
704 King Street, Suite 110
Wilmington, Delaware  19801

_____
Shannon T. Hanson