IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case No. 05-95-JJF |
| MACDONALD P. TAYLOR, | : |
| Defendant. | : |

ORDER

Having considered the parties' Joint Motion to Enlarge the Time for Filing Pre-Trial Motions and to Waive Application of the Speedy Trial Act,

**IT IS HEREBY ORDERED** this 19 day of July, 2006, that the foregoing Motion is **GRANTED**.

Pre-trial motions are to be filed on or before September 1, 2006. This additional time period is hereby excluded from the Speedy Trial Act calculations in the interests of justice for the reasons set forth in the parties' Motion.

The Honorable Joseph J. Farnan JR.
United States District Judge



FILED
JUL 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE