IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-95 JJF |
| MACDONALD P. TAYLOR, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, on April 6, 2006, the above named Defendant entered a plea of not guilty to the charges pending against him in this Court;

WHEREAS, an extension of time to file pretrial motions was granted (D.I. 19, 21);

WHEREAS, no pretrial motions have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Tuesday, September 26, 2006, at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and September 26, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

September 14, 2006                            _____
DATE                                           UNITED STATES DISTRICT JUDGE