IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-95-JJF |
| MACDONALD P. TAYLOR, | : |
| Defendant. | : |

O R D E R

WHEREAS, the Court held a status conference in the above-captioned action on September 26, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A second Status Conference will be held on **Wednesday, November 1, 2006, at 1:15 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and November 1, 2006, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. § 3161 et seq.).

September 26, 2006                    /s/ Joseph J. Farnan
DATE                                  UNITED STATES DISTRICT JUDGE

