IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-95 JJF |
| MACDONALD P. TAYLOR, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Counts One, Three, Six, Nine and Ten of the Superseding Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Wednesday, February 7, 2007, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

November 8, 2006
DATE

UNITED STATES DISTRICT JUDGE

FILED
NOV - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE