*[handwritten: in open court this 7th day of February, 2007 dh]*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-95-JJF |
| | ) | |
| MACDONALD P. TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment returned on October 25, 2005 and Counts 2, 4, 5, 7, and 8 of the Superseding Indictment returned on March 28, 2006 in the above captioned case.

COLM F. CONNOLLY
United States Attorney

By: *[signature]*
Shannon T. Hanson
Assistant United States Attorney

Dated: February 7, 2007

IT IS SO ORDERED this __7__ day of __February__, 2007.

*[signature]*
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court

FILED
FEB 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE