# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

July 6, 2007

Mr. MacDonald P. Taylor
Register Number 05022-015
FMC Devens, Unit P-2
P. O. Box 879
Ayer, MA  01432

        RE:   United States v. MacDonald P. Taylor
                <u>Criminal Action No. 05-095 JJF</u>

Dear Mr. Taylor:

        I have your June 22, 2007 letter which I have placed under seal. I have forwarded your letter to our Probation Office to determine what action, if any, by the Court may be appropriate.

                                            Sincerely,

                                            JOSEPH J. FARNAN, JR.

JJFjr:dk

cc:   Jack McDonough, Chief, U.S. Probation Officer
        Clerk, U.S. District Court