05 CR 15 OOP
05 CR 95 JJF

MacDonald P. Taylor
Reg # 05022-015
FMC Devens Unit P-2
P.O. Box 879
Ayer, Ma 01432

December 9, 2007

Honorable Joseph J. Farnan
United States District Court
J. Caleb Boggs Federal Building
844 N. King St.
Lock Box 18
Wilmington, De 19801

FILED
DEC 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Judge Farnan,

I am writing as I was directed to by my Unit Team here at FMC Devens to obtain your concurrence with the Bureau of Prisons placing me in Home Confinement based on a family tradegy.

On December 4, 2007 my 5 year old twin daughters were raped by my 15 year old son. My son is currently in the custody of the Delwore County, Pa Sheriff at the Juvenile Detention Center. He has been charged by the Upper Darby Pa Police Department with 2 counts of indecent exposure, 2 counts of sexual assult, and 2 counts of statutory rape. It has been confirmed by a Medical Doctor that my daughters Amena and Mone't Taylor were raped with full penetration. This information can be verified by the following; Bop Chaplin Russ Trickett at FMC Devens; P Unit Manager David Paul at FMC Devens; Sgt Detective Scott Lewis Upper Darby Police Department,

Bettyann Harvey 484-454-8700 x1408 and my wife Chenoa Taylor 610-731-7228 (work) 267-325-1070 (cell).

I understand that Your Honor does not have the authority to direct Bureau of Prisons with regards to my custody however per the Bureau of Prisons Policy they require your concurrence for placement in home confinement or even Halfway house prior to my 10% date which is January 3, 2008.

My unit Team has asked the Community Corrections Manager for the Northeast Region to replace my halfway house to home confinement to allow me to help my family heal from this tradegic event.

If you do concur with The BOP decision to place me Home Confinement Custody please inform them which will allow me to help my family heal.

Thank you for your Considiration and may God Bless You

Respectfully Submitted,
MacDonald P. Taylor
MacDonald P. Taylor
Register #05022-015
FMC Devens Unit P-2
P.O. Box 879
Ayer, Ma 01432



Mac Ronald Taylor Reg #05022-015
FMC Devens Unit F2
P.O. Box 879
Ayer, MA 01432

U.S.M.S.
X-RAY

The Honorable Joseph J. Farnan
United States District Court
J. Caleb Boggs Federal Building
844 N. King St
Lock Box 18
Wilmington, De 19801

CENTRAL MA 015
14 DEC 2007 PM 2 L